## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | |
|---|---|
| Allyson Bruce, <br><br>      Plaintiff, <br><br> v. <br><br> First National Bank of Pennsylvania, and Experian Information Solutions, Inc. <br><br>      Defendants. | Case No.: 2:23-cv-00303-DSC <br><br><br> **NOTICE OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Experian Information Solutions, Inc. may be dismissed with prejudice, with the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

Respectfully submitted July 10, 2023

*/s/ Matthew Gross*
Matthew Gross, Esq.
Law Offices of Matthew Gross, P.C.
608 Laramie Place
Philadelphia, PA 19115
mattgrossesq@gmail.com

Mailing Address:
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Attorney for Plaintiff

SO ORDERED:

*s/David Stewart Cercone*
David Stewart Cercone
Senior U.S. District Court Judge

Dated: July 11, 2023